**Order entered May 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00579-CV

## IN RE JOHN WILLIAM THIELMIER AND CHRISTINE LEA THIELMIER, Relators

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-549332014**

# ORDER
Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/     DOUGLAS S. LANG
        JUSTICE